EXHIBIT B



U.S. Department of Justice

Federal Bureau of Prisons

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

OCT 6 2022

Jessica Pride, Esq.
The Pride Law Firm
2831 Camino Del Rio S.
Ste. 104
San Diego, CA 92108

RE: ███████████, Register Number 23505-111
Administrative Claim No. TRT-WXR-2023-00041
Received: October 4, 2022

Dear Ms. Pride:

This is to acknowledge the Claim for Damage, Injury or Death submitted or forwarded to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671, et seq. In this claim, you seek compensation on behalf of ███████████ for personal injury as a result of events from August of 2020 to November of 2020 at the Federal Correctional Institution, Dublin, California.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Title 28, Code of Federal Regulations, § 14.2 (a) provides that an administrative claim presented to a federal agency must be accompanied by evidence of that individual's authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian, or other representative. That evidence may be in the form of letters testamentary, orders from a court of competent jurisdiction, etc. Evidence of your representation, along with Christie Staudenmayer authority to present the claim is needed. Please submit the requested documentation to the above address and include the claim number.

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

Dominic Ayotte
Deputy Regional Counsel/CLC Supervisor

DA/jv